**JONES & SCHWARTZ, P.C.**
ONE OLD COUNTRY ROAD, SUITE 384
CARLE PLACE, NEW YORK 11514
(516) 873-8700 · (516) 873-8711 fAX

January 29, 2015

Clerk of the Court
United States Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11722

                **In re:**  *Alice Phillips Belmonte*
                         *Case No. 8-12-76045-ast*

                         *Jones v. Olotoa Investments, LLC*
                         *Adv. Pro. No. 8-14-08341*

Dear Sirs:

      This letter serves as our request for a supplemental summons in the above referenced case.  The original summons was returned by the post office as unable to forward.  We have since found a better address to mail the summons and complaint.

      Thank you for your assistance.  If you have any questions, please let us know.

                                          Respectfully submitted,

                                          /s/Harold D. Jones

                                          Harold D. Jones

HDJ/rel