# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

*NOTE: All documents filed in this matter must be identified by both adversary and bankruptcy case numbers, case chapter and judge's initials.*

In re: Alice Phillips Belmonte                                              Bankruptcy Case No.: 8–12–76045–ast

Harold D Jones Chapter 7 Trustee

                              Plaintiff(s),

–against–                                                                                      Adversary Proceeding No. 8–14–08341–ast

Olotoa Investments, LLC

                              Defendant(s)

## SUPPLEMENTAL SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within **30 DAYS AFTER THE DATE OF ISSUANCE OF THIS SUMMONS**, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| **Address of Clerk:** |
|---|
| **United States Bankruptcy Court**<br>**290 Federal Plaza**<br>**Central Islip, NY 11722** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney:** |
|---|
| **Harold D Jones**<br>**Jones & Schwartz, P.C.**<br>**One Old Country Road**<br>**Suite 384**<br>**Carle Place, NY 11514** |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: January 30, 2015                                              Robert A. Gavin, Jr., Clerk of the Court

**Summons (AST)**[Summons in an Adversary Proceeding rev. 04/24/2009]